```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

KENARD MARTIN,                       :
                                     :
    Plaintiff,                       :
                                     :
v.                                   :     CIVIL ACTION 07-0361-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Kenard Martin and against Defendant Michael J. Astrue.

DONE this 24th day of January, 2008.

                                                    s/BERT W. MILLING, JR.
                                                    UNITED STATES MAGISTRATE JUDGE